**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS WILSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 1638 |
| | ) | |
| **LEGUM NORMAN MIDWEST** | ) | |
| **33 West Ontario Street** | ) | |
| **Chicago, IL  60610**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court's current printout of a Motions Report -- a report that reflects all motions considered as pending in cases assigned to its calendar -- includes Dkt. 11 in this action, which is listed as the application by plaintiff Thomas Wilson for leave to proceed in forma pauperis ("Application").  Although that listing is literally accurate -- Wilson has indeed filed such an Application -- it is not accurate in real world terms, because Wilson has already paid the $400 filing fee.  Instead the Application is really a corollary to Wilson's effort to obtain attorney representation, an effort that this Court could not entertain because of his failure to report any efforts to retain counsel on his own (a requirement that our Court of Appeals imposes as a precondition to considering any designation of counsel to act pro bono publico).  Accordingly the Application [Dkt. 11] is denied, a denial that does not bear adversely on the unresolved ultimate issue of pro bono representation by counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 25, 2015