## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 1638 |
| | ) | |
| LEGUM NORMAN MIDWEST<br>33 West Ontario Street<br>Chicago, IL  60610, | )<br>)<br>) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM ORDER

Thomas Wilson ("Wilson") has brought an employment discrimination action against his ex-employer Legum Norman Midwest ("Legum Norman"), charging that he had been the victim of discrimination on the base of his color and race.  With Wilson having paid the $400 filing fee up front, his accompanying In Forma Pauperis Application ("Application") was tendered solely in support of his Motion for Attorney Representation ("Motion") -- both of those forms, like Wilson's Complaint of Employment Discrimination, were completed on forms made available by the Clerk's Office for use by pro se plaintiffs.

This Court has twice directed Wilson's attention to the deficiencies in his effort to obtain representation by pro bono counsel.  Those brief memorandum orders of March 2 and March 25 have brought no response, and accordingly the Motion [Dkt. 4] is denied without prejudice.  This action has previously been set for a May 29 status hearing date, which will remain in effect.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 26, 2015